IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM SETH FOUNTAIN, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3710

Opinion filed December 22, 2017.

Petition for Writ of Prohibition – Original Jurisdiction.

Clay B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Petitioner.

Pamela Jo Bondi, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., CONCUR.